IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| DARRYL LIVERMAN, | : | CIVIL ACTIONS |
| --- | --- | --- |
| | : | |
| Plaintiff, | : | NO. 10-1161 |
| | : | NO. 10-2049 |
| v. | : | NO. 10-2500 |
| | : | NO. 10-2558 |
| HARRIS GUBERNIK, et al., | : | |
| | : | |
| Defendants. | : | |

## ORDER

AND NOW, this 21st day of September, 2010, upon consideration of the Complaints, Amended Complaints, and Motions filed in the above-captioned consolidated civil actions, and after a Show Cause Hearing held on August 11, 2010, it is hereby ORDERED as follows:

1. The Complaints in Civil Actions Nos. 10-1161, 10-2049, and 10-2500 are DISMISSED WITH PREJUDICE;

2. The Complaint in Civil Action No. 10-2558 is DISMISSED WITHOUT PREJUDICE;

3. Any outstanding motions in Civil Actions Nos. 10-1161, 10-2049, 10-2500 and 10-2558 are DENIED;

4. The Clerk of Court shall close Civil Actions Nos. 10-1161, 10-2049, and 10-2558;

5. Darryl Liverman is enjoined from instituting any new *pro se* civil suits in this Court or from filing any amended complaints or documents in the above-captioned cases, without the prior permission of any Judge of this Court; and

6. Any request for permission to file a complaint or document must be accompanied by: (a) a copy of the proposed complaint, (b) a copy of this Opinion and Order, and (c) a statement listing the titles and docket numbers of all previous lawsuits involving the same defendants or the same or similar subject matter as are involved in the proposed complaint.

BY THE COURT:

/s/ Joel H. Slomsky, J.
JOEL H. SLOMSKY, J.