IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| DARRYL LIVERMAN, | : | CIVIL ACTIONS |
|---|---|---|
| Plaintiff, | : | NO. 10-1161 |
| | : | NO. 10-2049 |
| v. | : | NO. 10-2500 |
| | : | NO. 10-2558 |
| HARRIS GUBERNIK, et al., | : | |
| Defendants. | : | |

**ORDER**

AND NOW, this 15th day of October, 2010, upon consideration of Plaintiff's Motion to Alter/Amend Judgment (Civ. A. No. 10-1161, Doc. No. 20), it is **ORDERED** that Plaintiff's Motion is **DENIED**.

BY THE COURT:

 /s/ Joel H. Slomsky, J.
JOEL H. SLOMSKY, J.